.

ERIC DWAYNE CANTERBURY
819 MANGUM AVE
MENDENHALL, MS 39114-3024

OPPLOANS
ATTN: BANKRUPTCY
P.O. BOX 5040
FREDERICKSBURG, VA 22403


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

RUBIN LUBIN
3145 AVALON RDIGE PL
STE 100
NORCROSS, GA 30071


AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

BRIDGETTE CANTERBURY
819 MANGUM AVE
MENDENHALL, MS 39114-3024


CADENCE BANK
POB 3370
TUPELO, MS 38803


CCO MORTGAGE CORP.
ATTN: BANKRUPTCY
10561 TELEGRAPH RD
GLEN ALLEN, VA 23059


CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076


CREDIT ONE BANK
ATTN: BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS, NV 89113


OPORTUN
ATTN: BANKRUPTCY
2 CIRCLE STAR WAY
SAN CARLOS, CA 94070