```
ERIC DWAYNE CANTERBURY         IRS***
819 MANGUM AVE                 CENTRALIZED INSOLVENCY
MENDENHALL, MS 39114-3024      P.O. BOX 7346
                               PHILADELPHIA, PA 19101-7346


THOMAS C. ROLLINS, JR.         IRS***
THE ROLLINS LAW FIRM, PLLC     C/O US ATTORNEY
P.O. BOX 13767                 501 EAST COURT ST
JACKSON, MS 39236              STE 4.430
                               JACKSON, MS 39201


AFFIRM, INC.                   OPORTUN
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
650 CALIFORNIA ST              2 CIRCLE STAR WAY
FL 12                          SAN CARLOS, CA 94070
SAN FRANCISCO, CA 94108


BALANCE CREDIT***              OPPLOANS
P.O. BOX 4356                  ATTN: BANKRUPTCY
DEPT 1557                      P.O. BOX 5040
HOUSTON, TX 77210              FREDERICKSBURG, VA 22403


BRIDGETTE CANTERBURY           PERSONIFY***
819 MANGUM AVE                 P.O. BOX 208417
MENDENHALL, MS 39114-3024      DALLAS, TX 75320-8417


CADENCE BANK                   RUBIN LUBIN
POB 3370                       3145 AVALON RDIGE PL
TUPELO, MS 38803               STE 100
                               NORCROSS, GA 30071


CCO MORTGAGE CORP.             US ATTORNEY GENERAL***
ATTN: BANKRUPTCY               US DEPT OF JUSTICE
10561 TELEGRAPH RD             950 PENNSYLVANIA AVENW
GLEN ALLEN, VA 23059           WASHINGTON, DC 20530-0001


CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076


CREDIT ONE BANK
ATTN: BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS, NV 89113
```