| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | <u>Eric Dwayne Canterbury</u> |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Mississippi |
| Case number | <u>25-01963-KMS</u> |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges           12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   <u>Citizens Bank, N.A.</u>         **Court claim no.** (if known):   <u>4</u>

**Last 4 digits** of any number you use to identify the debtor's account:   **5309**

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice:

## Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | _____ | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) $ _____ |
| 3. Attorney fees | _____ | (3) $ _____ |
| 4. Filing fees and court costs | _____ | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | **09/10/2025 - Proof of Claim ($350.00)** | (5) $**350.00** |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) $ _____ |
| 7. Property inspection fees | _____ | (7) $ _____ |

| | | |
|---|---|---|
| 8. Tax advances (non-escrow) | _____ | (8) $_____ |
| 9. Insurance advances (non-escrow) | _____ | (9) $_____ |
| 10. Property preservation expenses. Specify: _____  _____ | | (10) $_____ |
| 11. Other. Specify: _____ | _____ | (11) $_____ |
| 12. Other. Specify: _____ | _____ | (12) $_____ |
| 13. Other. Specify: _____ | _____ | (13) $_____ |
| 14. Other. Specify: _____ | _____ | (14) $_____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1   Eric Dwayne Canterbury                                    Case number (if known)  25-01963-KMS
First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Natalie Brown                              Date   09/24/25
Signature

Print:     Natalie Brown                                   Title   Attorney for Creditor
           First Name   Middle Name   Last Name

Company    Rubin Lublin, LLC

Address    3145 Avalon Ridge Place, Suite 100
           Number        Street
           Peachtree Corners, GA 30071
           City                State       ZIP Code

Contact phone   (877) 813-0992                   Email   nbrown@rlselaw.com

Official Form 410S2         **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          Page 3

Debtor 1 <u>Eric Dwayne Canterbury</u>　　　　　　　　　　　　　　Case number (if known) <u>25-01963-KMS</u>
　　　　　First Name　Middle Name　Last Name

# UNITED STATES BANKRUPTCY COURT

| Notice to Borrower |
|---|
| Upon written request, you are entitled to the following information:<br>　A.　A copy of your payment history from the period the mortgage loan was last less than 60 days delinquent to present<br>　B.　A copy of the promissory note or lost note affidavit where applicable<br>　C.　The name of the investor that holds the loan<br>　D.　If we have initiated foreclosure or filed a Proof of Claim, you may obtain copies of any assignments of mortgage or deed of trust required to demonstrate our right to foreclosure under applicable state law.<br><br>To obtain this information, submit a written request to:<br><br><br>Borrower Information Requests<br>10561 Telegraph Road<br>Glen Allen, VA 23059 |

Debtor 1   <u>Eric Dwayne Canterbury</u>                   Case number (if known) <u>25-01963-KMS</u>
          First Name   Middle Name   Last Name

## CERTIFICATE OF SERVICE

      I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges to be served by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Eric Dwayne Canterbury
819 Mangum Ave
Mendenhall, MS 39114-3024

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201


Executed on: <u>09/24/25</u>

By: <u>/s/ Natalie Brown</u>
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor