# Proceeding Minutes / Proceeding Memo

**Case #:** 25-01963  **Case Name:** Eric Dwayne Canterbury
**Set:** 10/14/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson
**matter** Confirmation Hearing

Minute Entry Re: (related document(s): [6] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)