United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-01963-KMS
Eric Dwayne Canterbury Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Oct 01, 2025      Form ID: n031      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Eric Dwayne Canterbury, 819 Mangum Ave, Mendenhall, MS 39114-3024 |
| cr | + | Citizens Bank, N.A., 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 5545372 | | Bridgette Canterbury, 819 Mangum Ave, Mendenhall, MS 39114-3024 |
| 5545374 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 5545379 | + | Rubin Lubin, 3145 Avalon Rdige Pl, Ste 100, Norcross, GA 30071-1570 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5545371 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 01 2025 19:43:56 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5561291 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2025 19:43:01 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5549343 | ^ | MEBN | Oct 01 2025 19:33:13 | Balance Credit, PO Box 4356, Dept 1557, Houston, TX 77210-4356 |
| 5545373 | + | Email/Text: bankruptcy@cadencebank.com | Oct 01 2025 19:34:00 | Cadence Bank, Pob 3370, Tupelo, MS 38803-3370 |
| 5547520 | + | Email/Text: bankruptcy@cadencebank.com | Oct 01 2025 19:34:00 | Cadence Bank fka BancorpSouth Bank, PO Box 1727, Tupelo, MS 38802-1727 |
| 5562342 | ^ | MEBN | Oct 01 2025 19:33:23 | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 5545375 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 01 2025 19:34:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5545376 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 01 2025 19:43:56 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5549346 | + | Email/Text: ebone.woods@usdoj.gov | Oct 01 2025 19:34:00 | IRS, C/o US Attorney, 501 E Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5549345 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2025 19:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5547518 | + | Email/Text: BKNC@rlselaw.com | Oct 01 2025 19:34:00 | Natalie Brown, Esq., Rubin Lublin, LLC, For Citizens Bank, N.A., 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 5545377 | | Email/Text: bankruptcy@oportun.com | Oct 01 2025 19:33:00 | Oportun, Attn: Bankruptcy, 2 Circle Star Way, San Carlos, CA 94070 |
| 5545378 | + | Email/Text: opportunitynotices@gmail.com | Oct 01 2025 19:34:00 | OppLoans, Attn: Bankruptcy, P.O. Box 5040, Fredericksburg, VA 22403-0640 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: n031 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 5549344 | | Email/Text: Contact@PersonifyFinancial.com | Oct 01 2025 19:34:00 | Personify, P.O. Box 208417, Dallas, TX 75320-8417 |
| 5564150 | | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2025 19:34:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5569265 | + | Email/Text: bncmail@w-legal.com | Oct 01 2025 19:34:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5549347 | ^ | MEBN | Oct 01 2025 19:33:21 | US Attorney General, USDOJ, 950 Pennsylvania Ave NW, Washington, DC 20530-0001 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Oct 03, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Natalie Kareda Brown | on behalf of Creditor Citizens Bank N.A. nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Eric Dwayne Canterbury trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01963−KMS
**Chapter:** 13

**In re:**

Eric Dwayne Canterbury
819 Mangum Ave
Mendenhall, MS 39114−3024

Notice of Entry of Order Confirming Plan

The Court entered an Order on October 1, 2025 (Dkt. # 25 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 1, 2025                                      Danny L. Miller, Clerk of Court