United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 25-01963-KMS

Eric Dwayne Canterbury                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                                   User: mssbad                                   Page 1 of 1

Date Rcvd: Oct 28, 2025                         Form ID: pdf012                         Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Eric Dwayne Canterbury, 819 Mangum Ave, Mendenhall, MS 39114-3024 |
| | Georgia Pacific, 105 Smith Co Road 25, Taylorsville, MS 39168 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2025                         Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Natalie Kareda Brown | on behalf of Creditor Citizens Bank  N.A. nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Eric Dwayne Canterbury trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 28, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                          BANKRUPTCY CASE NO.
ERIC DWAYNE CANTERBURY                                          25-01963 KMS
819 Mangum Ave
Mendenhall, MS  39114-3024                                     SSN: XXX-XX-0632

### AMENDED ORDER TO EMPLOYER TO DEDUCT FROM WAGES

IT APPEARING to the Court that there is now pending a certain Chapter 13 proceeding in which the above named debtor subjected his earnings to the jurisdiction of the Court; the debtor's principal income is from wages, salary or commissions; and that the employer of the  debtor is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the debtor [with the employer being directed to pay all or part of such income to the Trustee. 11 U.S.C. §1325(c)]

IT FURTHER APPEARING that it is requisite to effectuate the provisions of the debtor's plan; that the employer is directed to pay a portion of the debtor's earnings into the Court for distribution to creditors, and that such employer is:

> GEORGIA PACIFIC
> 105 SMITH CO ROAD 25
> TAYLORSVILE, MS  39168

IT IS ORDERED that until further notice of this Court, the above named employer is required to deduct from the debtor's earnings and pay over to :

> DAVID RAWLINGS, TRUSTEE
> P.O. BOX 85338
> CHICAGO, IL 60689-5338

the sum of <u>$1,434.55 MONTHLY</u> to be submitted to the above Trustee monthly.  Effective October, 2025.

IT IS FURTHER ORDERED that the employer shall hereafter cease to withhold from the wages of said employee any sums that would prevent the payment of the above plan payment to the Trustee, except such sums as may be required to be withheld by State or Federal law for income taxes, FICA,

employment security taxes, required state retirement, and social security contributions, insurance for medical, dental, and vision, and such sums as required by Court Order for alimony or child support unless such alimony or child support is provided for in the Chapter 13 Plan.


##END OF ORDER##


SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net